**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**
**CRIMINAL MINUTES**

Case No.: A02-22-CR (OMP) and A02-28-CR (OMP)    Date of Proceeding: January 5, 2006

Case Title: USA v. Arnold Wesley Flowers

Presiding Judge: Owen M. Panner    Courtroom Deputy: Deborah DesJardins, (503) 326-8290

Reporter: Dennis Grube    Tape No: none    AUSA: Jerry Massie, Nancy Oliver

**DOCKET ENTRY:**

Record of order:

    Scheduling conference held. Re-sentencing set for Wednesday, February 22, 2006, at 10:30 a.m., in Anchorage.

    Defendant Flowers shall be transported to Anchorage in time for the hearing (and to confer with his attorney prior to the hearing). The presentence report shall be updated.

**DEFENDANT**    **COUNSEL**

(1) Arnold Wesley Flowers    (1) Hugh Fleischer
[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody    [ ] Present  [x] Appointed  [ ] Retained

cc:  [ ] Chambers            [ ] Probation Office
    [ ] Counsel of Record   [ ] Pretrial Services Office
    [ ] Jury Clerk          [ ] U.S. Marshal's Office

Document No: _____
CRIMINAL MINUTES

Criminal Minutes
JS

Honorable Owen M. Panner