# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# CRIMINAL MINUTES

Case No.: A02-22-CR (OMP) and A02-28-CR (OMP)      Date of Proceeding: January 5, 2006

Case Title: USA v. Sompong Khamsomphou

Presiding Judge: Owen M. Panner      Courtroom Deputy: Deborah DesJardins, (503) 326-8290

Reporter: Dennis Grube      Tape No: none      AUSA: Jerry Massie, Nancy Oliver

**DOCKET ENTRY:**

Record of order:

Scheduling conference held. Re-sentencing set for Wednesday, February 22, 2006, at 9:00 a.m., in Anchorage.

Defendant Khamsomphou shall be transported to Anchorage in time for the hearing (and to confer with her attorneys prior to the hearing). The presentence report shall be updated.

| DEFENDANT | COUNSEL |
|---|---|
| (1) Sompong Khamsomphou | (1) David Weber |
| [ ] Present [ ] O/R [ ] Bond [ ] Custody | [ ] Present [x] Appointed [ ] Retained |

cc:  [ ] Chambers           [ ] Probation Office
     [ ] Counsel of Record  [ ] Pretrial Services Office
     [ ] Jury Clerk         [ ] U.S. Marshal's Office

Document No: _____
CRIMINAL MINUTES

Criminal Minutes
JS

Honorable Owen M. Panner