IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. A02-0028-CR (OMP) together with |
| v. | ) ) | No. A02-0022-CR (OMP) |
| SOMPONG KHAMSOMPHOU | ) ) | **ORDER TO TRANSPORT** |
| Defendant. | ) | |

On Wednesday, February 22, 2006, at 9:00 a.m., Sompong Khamsomphou will be sentenced at the United States Courthouse in Anchorage, Alaska. The Bureau of Prisons shall transport Khamsomphou to Anchorage in time for that hearing, and also allow time to confer with her attorneys before sentencing.

At the conclusion of that proceeding, Khamsomphou will be returned to the custody of the Bureau of Prisons to serve any remaining portion of the sentence imposed.

DATED this 6 day of January, 2006.

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - ORDER TO TRANSPORT