ALICE S. FISHER
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

JERRY D. MASSIE
NANCY K. OLIVER
Trial Attorneys
United States Department of Justice
950 Pennsylvania Ave., N.W.
Suite 6746
Washington, D.C. 20530
(202) 616-5731

RECEIVED

FEB 1 6 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>SOMPONG KHAMSOMPHOU, )<br>)<br>Defendant. )<br>)<br>_____ ) | No. 3:02-cr-0022-OMP -2<br><br>GOVERNMENT'S SUPPLEMENTAL RE-SENTENCING MEMORANDUM |

COMES NOW Plaintiff United States of America, by and through its attorney, Alice S. Fisher, the Assistant Attorney General for the United States Department of Justice, Criminal Division, and submits this supplemental memorandum for the re-sentencing hearing presently scheduled for Wednesday, February 22, 2006.

The government relies on its response filed in Case No. A02-0028 CR (OMP) filed this same date in Anchorage, Alaska.

      RESPECTFULLY SUBMITTED THIS 16th day of February, 2006 at Anchorage, Alaska.

ALICE S. FISHER
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

_____
JERRY D. MASSIE
Trial Attorney

NANCY K. OLIVER
Trial Attorney

DATED: February 16, 2006.

U S v Khamsomphou
3:02-cr-0022-OMP                 2

*I declare under penalty of perjury that a true and correct copy of the foregoing* GOVERNMENT'S SUPPLEMENTAL RE-SENTENCING MEMORANDUM was served upon counsel of record by electronic mail:

Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, AK 99501
907 264 6602 (fax)
hfleisch@aol.com

Allison Mendel
845 K. Street
Anchorage, AK 99501
907 279 5437 (fax)
Amendel-mendel@gci.net

David R. Weber
Vasquez & Weber, PC
943 West Sixth Avenue
Suite 132
Anchorage, AK 99501
907 279 9123 (fax)
DRWeber@acsalaska.net

and Courtesy Copy emailed to Judge Panner at Deborah_Desjardins@ord.uscourts.gov

Executed at Anchorage, AK on
February 16, 2006

*for* K Joy McCulloch
NANCY K. OLIVER
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

U S v Khamsomphou
3:02-cr-0022-OMP                                3